UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

JORGE SALGADO

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

Case Number: 8:03-cr-21-T-30TGW
USM Number: 40578-018

Darlene Barror, ret.
Defendant's Attorney

THE DEFENDANT:

__X__ admitted guilt to violation of charge number(s) __ONE - ELEVEN__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| ONE | Failure to submit written monthly reports in violation of Condition Two of the Standard Conditions of Supervised Release (Grade C Violation) | January, 2008 |
| TWO | Failure to follow the instructions of the probation officer in a violation of Condition 3 of the Standard Conditions of Supervision | December 18, 2007 |
| THREE | Failure to work regularly at a lawful occupation in violation of Condition 5 of the Standard Conditions of Supervision | December, 2007 |
| FOUR | Failure to notify the Probation Officer ten days prior to any change in employment in violation of Condition 6 of the Standard Conditions of Supervision | February 25, 2008 |
| FIVE | Positive urinalysis for cocaine on June 5, 2007 in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | June 5, 2007 |
| SIX | Positive urinalysis for cocaine on August 15, 2007 in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | August 15, 2007 |
| SEVEN | Positive urinalysis for cocaine on August 27, 2007 in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | August 27, 2007 |
| EIGHT | Positive urinalysis for cocaine on February 11, 2008 in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | February 11, 2008 |
| NINE | Positive urinalysis for cocaine on February 25, 2008 in violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | February 25, 2008 |
| TEN | Using a controlled substance without a prescription by a physician, in violation of Condition 7 of the Standard Conditions of Supervision | November 7, 2007 |
| ELEVEN | Failure to participate in Drug Aftercare Treatment in violation of the Special Condition | January 7, 2008 |

DEFENDANT: JORGE SALGADO
CASE NUMBER: 8:03-cr-21-T-30TGW

Judgment - Page 2 of 5

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 8, 2008
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

May 8, 2008
Date

DEFENDANT: JORGE SALGADO
CASE NUMBER: 8:03-cr-21-T-30TGW

Judgment - Page __3__ of __5__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of SIX (6) MONTHS.

____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m. p.m. on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: JORGE SALGADO
CASE NUMBER: 8:03-cr-21-T-30TGW

Judgment - Page 4 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of THIRTY (30) MONTHS.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed 104 tests per year.

X  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocations - Sheet 3C - Supervised Release

DEFENDANT: JORGE SALGADO
CASE NUMBER: 8:03-cr-21-T-30TGW

Judgment - Page 5 of 5

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

X    Defendant shall participate in a substance abuse treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Office's based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services. Upon completion of a drug or alcohol dependency treatment program the defendant is directed to submit to testing to random drug testing.

X    Defendant shall participate as directed in a program of mental health treatment (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

X    If the defendant is deported, he shall not re-enter the United States without the express permission of the appropriate governmental authority.

X    The defendant shall cooperation in the collection of the DNA by the probation officer.

X    The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. The Court orders random drug testing not to exceed 104 tests per year.