# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:03-cr-21-T-30TGW |
| JORGE SALGADO | USM Number: 40579-018 |

Alec Hall, cja.
Defendant's Attorney

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s)__ONE - EIGHT__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| ONE | Failure to follow the instructions of the probation officer in a violation of Condition 3 of the Standard Conditions of Supervision | December 18, 2008 |
| TWO | Positive urinalysis for opiates (hydrocodone) violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | February 25, 2009 |
| THREE | Positive urinalysis for opiates (hydrocodone) violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | March 9, 2009 |
| FOUR | Positive urinalysis for opiates (hydrocodone) violation of Condition Seven of the Standard Conditions of Supervision (Grade C Violation) | March 16, 2009 |
| FIVE | Failure to submit to urinalysis testing in violation of the drug treatment special condition | March 5, 2009 |
| SIX | Failure to submit to urinalysis testing in violation of the drug treatment special condition | April 22, 2009 |
| SEVEN | Failure to comply with the Home Detention Program in violation of the Special Conditions of the drug treatment special condition | April 22, 2009 |
| EIGHT | Failure to comply with the Home Detention Program in violation of the Special Conditions of the drug treatment special condition | April 23, 2009 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

June 30, 2009
Date of Imposition of Judgment

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

30 June 2009
Date

DEFENDANT:    JORGE SALGADO
CASE NUMBER:   8:03-cr-21-T-30TGW

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of EIGHTEEN (18) MONTHS.**

**Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.**

__X__   The Court makes the following recommendations to the Bureau of Prisons:  The defendant shall be placed at FCI Coleman (FL), if possible.

__X__   The defendant is remanded to the custody of the United States Marshal.

_____   The defendant shall surrender to the United States Marshal for this district:

        ____ at _____ a.m.   p.m.   on _____.

        ____ as notified by the United States Marshal.

_____   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ____ before 2 p.m. on _____.

        ____ as notified by the United States Marshal.

        ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

 

 

_____
UNITED STATES MARSHAL

By  _____
        DEPUTY UNITED STATES MARSHAL